**Hal Elliot WOMACK, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27313.**

Court of Criminal Appeals of Texas.

Dec. 8, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful driving, while intoxicated, of a motor vehicle upon a public highway

is the offense; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.